USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN VIALIZ,

Petitioner,

-against-

CHRISTOPHER MILLER,

Respondents.

21-CV-00131 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In reviewing the record for the instant petition, the Court has identified missing documents. The Court requests that Respondent provide Petitioner's Indictment No. 2042-2013 and Petitioner's December 20, 2019 letter to the New York Court of Appeals requesting leave to appeal by **October 27, 2026.**

**SO ORDERED.**

DATED: New York, New York

October 22, 2026

Katharine H Parker

KATHARINE H. PARKER

United States Magistrate Judge